AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
**vs.**

Jose Francisco PONCE-Pacheco

**CRIMINAL COMPLAINT**

Case Number: V-22-0065M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about November 23, 2022 in Refugio County, in the Southern District Of Texas defendant(s)

Jose Francisco PONCE-Pacheco, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Bayside, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title  8  United States Code, Section(s)  1326(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

On November 23, 2022, Border Patrol Agents encountered Jose Francisco PONCE-Pacheco in Bayside, Texas Agents determined Jose Francisco PONCE-Pacheco to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Jose Francisco PONCE-Pacheco was ordered removed from the United States by a designated official on August 8, 2011 and was physically removed from the United States to Mexico on August 9, 2011 via Laredo, Texas. Jose Francisco PONCE-Pacheco stated he last entered the United States illegally on or about July 10, 2022 near Hidalgo, Texas. There is no evidence to indicate Jose Francisco PONCE-Pacheco has applied for re-admission into the United States from any lawful authority.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Hibdon, Michael B.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 24, 2022                                    at    Corpus Christi, Texas
Date                                                        City/State

Signature of Judge

Mitchel Neurock            U. S. Magistrate Judge
Name of Judge              Title of Judge